**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAY LARRY MOYER,             :   No. 235 MAL 2017

               Petitioner     :

                               :   Petition for Allowance of Appeal from

                               :   the Order of the Commonwealth Court

        v.                  :

PUBLIC UTILITY COMMISSION,    :

               Respondent    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.